UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00099 |
| | ) JUDGE HAYNES |
| EMONNIE DION BRANCH | ) |

### DEFENDANT'S UNOPPOSED MOTION TO RESET PRETRIAL CONFERENCE

Defendant Emmonie Branch respectfully moves the Court to reset the pretrial conference in this case due to a conflict.

The pretrial conference is set for July 23, 2012, and the trial date is August 7, 2012. Undersigned counsel and counsel for the Government have any of the following dates available for a pretrial conference: July 17, 18, 19, 30, or 31, or August 2 or 3, 2012. Counsel for the Government does not oppose this motion.

*[Handwritten annotations: GRANTED. This motion is granted. The conference is set for July 30, 2012 at 2:30 pm.]*

Respectfully submitted,

s/ Michael C. Holley
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Emonnie Dion Branch

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012, I electronically filed the foregoing *Defendant's Unopposed Motion to Reset Pretrial Conference* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Sunny A.M. Koshy**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Michael C. Holley
MICHAEL C. HOLLEY