IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00099 |
| EMMONIE DION BRANCH | ) ) | Chief Judge Haynes |
| Defendant. | ) ) | |

## ORDER

In light of the Order for the report of the Defendant's new counsel (Docket Entry No. 56), the pretrial conference set for Monday, November 5, 2012 at 10:00 a.m. is **CANCELLED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court