UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00099 |
| | ) CHIEF JUDGE HAYNES |
| EMONNIE DION BRANCH | ) |

**MOTION TO SET HEARING DATE**

[Handwritten annotation: *This motion is granted. The hearing is set for May 24, 2013 at 2:30 p.m.* /s/ [signature] 5-16-13]

Comes now the Defendant, Emonnie Branch, by the undersigned counsel, and moves the Court to set a date for a hearing on his Motion to Review and Revoke Detention Order. (Docket Entry No. 63). In support of this motion, Mr. Branch states the following:

1. The Defendant, Emonnie Branch, filed a motion for reconsideration and recission of the detention order because the companion state charges were dismissed. (Docket Entry No. 63).

2. The Court issued an Order for the Assistant U.S. Attorney and defense counsel to submit dates for the hearing on the motion. (Docket Entry No. 64).

3. After consultation between the parties and discussion with the Court's Clerk, counsel for Defendant Branch submits the following available dates for setting the motion.

4. The following dates are available subject to the Court's calendar.

    (a) The afternoon of Monday, May 20, 2013;

    (b) All day on Friday, May 24, 2013;

    (c) The afternoon of Monday, June 17, 2013;

    (d) Afternoon of Friday, June 21, 2013.