IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cr-00099 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| EMONNIE DION BRANCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Court's prior Order (Docket Entry No. 71), an evidentiary hearing is set in this action for **Friday, August 30, 2013 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 29th day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court