UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:12-00099
) CHIEF JUDGE HAYNES
)
EMONNIE DION BRANCH )

## DEFENDANT, EMONNIE DION BRANCH'S, MOTION FOR FOR DISCLOSURE OF GRAND JURY TESTIMONY

Comes now the Defendant, Emonnie Dion Branch, by and through the undersigned counsel, and moves this Honorable Court to order the Government for early disclosure of all Grand Jury testimony in this matter. In support thereof, the Defendant states that disclosure of said testimony on or before September 13, 2013, will promote due process and fairness for counsel to prepare for trial.

[Handwritten annotation: GRANTED as to Brady materials but is otherwise DENIED. Will issue. 8-30-13]

Respectfully submitted,

WEATHERLY, MCNALLY & DIXON, PLC

/s/ Patrick T. McNally
Patrick T. McNally, B.P.R. No. 010046
424 Church Street, Suite 2260
Fifth Third Center
Nashville, Tennessee 37219
615/986-3377

*Counsel for Defendant, Emonnie Dion Branch*