IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00099 |
| | ) | Chief Judge Haynes |
| EMMONIE DION BRANCH | ) | |

## O R D E R

Counsel for the parties are directed to file, within fifteen days of the date of this Order, an agreed order setting a date for a hearing on Defendant's motion to suppress (Docket Entry No. 73).

It is so **ORDERED**.

ENTERED this the 2nd day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court